IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IVONEI DA SILVA-SIQUERIA**, <br>     *Petitioner*, <br><br> v. <br><br> **JAMISON, J.L.**, <br> Warden, Federal Detention Center, Philadelphia; <br> **RIFE, JOHN E.**, <br> Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; <br> **TODD LYONS**, <br> Acting Director of U.S. Immigration and Customs Enforcement; <br> **NOEM, KRISTI**, <br> Secretary of the Department of Homeland Security; <br> **BONDI, PAMELA**, <br> U.S. Attorney General, <br>     *Respondents*. | Civ. No. 26-1437 |

## ORDER

**AND NOW**, this 6th day of March, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that Respondents shall respond to the petition by March 10, 2026. Petitioner shall file a reply, if any, by March 13, 2026.

BY THE COURT:

*/s/ Mary Kay Costello*
MARY KAY COSTELLO
United States District Judge