**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IVONEI DA SILVA-SIQUEIRA**,<br>    *Petitioner*,<br><br>    **v.**<br><br>**JAMISON, J.L.**,<br>Warden, Federal Detention Center, Philadelphia,<br>et al.,<br>    *Respondents*. | **Civ. No. 26-1437** |

## <u>ORDER</u>

**AND NOW**, this 11th day of March, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) of Ivonei Da Silva-Siqueira, and all corresponding briefing, it is

hereby **ORDERED** as follows:

1.    The petition is **GRANTED** for the reasons stated in the accompanying

memorandum.

2.    Da Silva- Siqueira is not subject to mandatory detention under 8 U.S.C. § 1225,

and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C.

§ 1226(a).

3.    The Government shall **RELEASE** Da Silva- Siqueira from custody immediately

and certify compliance with this Order on the docket no later than 5:00 p.m. on March 12th,

2026.

4.    The Government is temporarily enjoined from re-detaining Da Silva-Siqueira for

seven days following his release from custody.

5.    If the Government chooses to pursue re-detention of Da Silva- Siqueira after the

seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at

which a neutral immigration judge shall determine whether detention is warranted pending the

resolution of his removal proceedings.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge