### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IVONEI DA SILVA-SIQUEIRA,**<br> *Petitioner*,<br><br> **v.**<br><br> **JAMISON, J.L.,**<br> Warden, Federal Detention Center,<br> Philadelphia, et al.,<br> *Respondents*. | **Civil No. 26-1437** |

### ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents'

Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Courts is

directed to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge